**SEALED** **FILED**

# United States District Court

DEC 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

____EASTERN____ District of ____CALIFORNIA____

In the Matter of the Search of

**SEARCH WARRANT**

(Name, address or brief description of person, property or premises to be searched)

MICHELLE RYAN CLARK

CASE NUMBER:

2:13-SW 0 0 8 1 4  EFB

TO, <u>U.S. Postal Inspection Service Special Agent La'Keisha Alexander-Abram</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by U.S. Postal Inspection Service Special Agent La'Keisha Alexander-Abram who has reason to believe

that ☒ on the person of, or ☐ on the premises known as (name, description and/or location)

**MICHELLE RYAN CLARK. SEE ATTACHMENT A-3, attached hereto and incorporated by reference.**

in the ____EASTERN____ District of ____CALIFORNIA____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**SEE ATTACHMENT B, attached hereto and incorporated by reference**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __11-27-13__
                                                          Date
(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at any time in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>any authorized U.S. Magistrate Judge in the Eastern District of California</u>, as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

November 13, 2013 at 4:35 pm         at    Sacramento, California
Date and Time Issued                              City and State

_____          _____
Edmund F. Brennan, U.S. Magistrate Judge          Signature of Judge

| RETURN | | Case Number: 2006571 |
|---|---|---|
| DATE WARRANT RECEIVED 11.13.13 | DATE AND TIME WARRANT RECEIVED 11.25.13  3:00PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Michelle Clark |
| INVENTORY MADE IN THE PRESENCE OF Postal Inspector Jeanne-Marie Martin | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

No evidence taken

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

___an—Cline____                    __12/17/13__
Signature of Judge                         Date